```
 1  RICHARD C. JOHNSON (SBN 40881)
    KIMBERLY A. HANCOCK (SBN 205567)
 2  SALTZMAN & JOHNSON LAW CORPORATION
    44 Montgomery Street, Suite 2110
 3  San Francisco, CA 94104
    (415) 882-7900
 4  (415) 882-9287 – Facsimile
    djohnson@sjlawcorp.com
 5  khancock@sjlawcorp.com

 6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND; DOUGLAS CHRISTOPHER, Trustee; and JOHN MAGGIORE, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>HOLLIS GLASS, INC., a California corporation; HOLLIS GLASS COMPANY, a general partnership; THE HOLLIS EQUIPMENT FAMILY LIMITED PARTNERSHIP, a California limited partnership; JOHN PAUL HOLLIS, individually, as partner of Hollis Glass Company and as general partner of The Hollis Equipment Family Limited Partnership; and DOES 1-10,<br><br>Defendants. | Case No.: CV 11-0966 MEJ<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**<br><br>Date:        June 9, 2011<br>Time:        10:00 a.m.<br>Courtroom:   B, 15th Floor<br>             **Hon. Maria-Elena James**<br>             **San Francisco, CA** |

Plaintiffs hereby submit their Request for Continuance of Case Management Conference currently scheduled for June 9, 2011 at 10:00 a.m.

1. Service of the Complaint in this matter upon Defendants HOLLIS GLASS, INC., a California corporation; HOLLIS GLASS COMPANY, a general partnership; THE HOLLIS EQUIPMENT FAMILY LIMITED PARTNERSHIP, a California limited partnership; JOHN PAUL HOLLIS, individually, as partner of Hollis Glass Company and as general partner of The Hollis Equipment Family Limited Partnership, was completed on March 17, 2011.

2. Defendants' failed to answer or otherwise respond to the complaint within the required time period, by April 6, 2011.

3. On April 26, 2011, Plaintiffs requested the Clerks' Entry of Default against all Defendants and default was entered by the Clerk of the Court on May 3, 2011 as to Defendants Hollis Glass, Inc., Hollis Glass Company, The Hollis Equipment Family Limited Partnership and John Paul Hollis.

4. On May 24, 2011, Plaintiffs' counsel was contacted by William F. McLaughlin, Esq., who stated that he would be representing Defendant John Paul Hollis for the purpose of filing under Chapter 7 of the Bankruptcy Code before the end of May 2011. He stated that the filing may also include a separate bankruptcy filing for the corporation. A true and correct copy of an email from Mr. McLaughlin confirming his statements is attached as Exhibit A.

5. As of the filing of this Request for Continuance, Plaintiffs have been unable to confirm the bankruptcy filings.

6. If Defendants fail to file a bankruptcy action as represented by Mr. McLaughlin by June 10, 2011, Plaintiffs intend to file a Motion for Default Judgment against all Defendants.

7. There is therefore nothing for the Court to consider at this time.

8. Plaintiffs respectfully request that, in order to minimize costs and fees in this action, the Case Management Conference be continued for a period of at least 60 days to allow Plaintiffs to file a Motion for Default Judgment as to the Defendants and in order to allow the Court to rule on Plaintiffs' Motion for Default Judgment.

Date: May 27, 2011                     SALTZMAN & JOHNSON LAW CORPORATION

                                       By: _____/S/_____
                                           Kimberly A. Hancock
                                           Attorneys for Plaintiffs

- 2 -    REQUEST TO CONTINUE CASE MGMT.
         CONFERENCE; [PROPOSED] ORDER
         CASE NO. C 11-0966 MEJ

1   IT IS SO ORDERED.

2   Based on the foregoing, and for GOOD CAUSE appearing, the Case Management
3   Conference currently scheduled for June 9, 2011 at 10:00 a.m. is hereby continued to
4   September 8, 2011.

5
6   Dated: May 31, 2011
        _____
        Honorable Maria-Elena James
7       United States District Court Magistrate Judge
        Northern District of California

- 3 -   REQUEST TO CONTINUE CASE MGMT.
        CONFERENCE; [PROPOSED] ORDER
        CASE NO. C 11-0966 MEJ

P:\CLIENTS\GLAPP\Cases - WL\Hollis Glass\Pleadings\CMC\Request for Continuance of CMC 052611.doc

# EXHIBIT A

# TO

# REQUEST FOR CONTINUANCE

# OF CASE MANAGEMENT CONFERENCE

**From:** Kim Hancock
**Sent:** Tuesday, May 24, 2011 11:59 AM
**To:** Julie Jellen
**Subject:** FW: Northern California Glaziers Pension Trust Fund v. Hollis Glass, Inc. et al.

**From:** mcl551@aol.com [mailto:mcl551@aol.com]
**Sent:** Thursday, May 12, 2011 9:46 AM
**To:** Kim Hancock
**Subject:** Northern California Glaziers Pension Trust Fund v. Hollis Glass, Inc. et al.

Dear Ms. Hancock,

Per our telephone discussion, I will be representing John Hollis in connection with a Chapter 7 individual bankruptcy and may also include a separate filing for the corporation but I have not reviewed that yet with the client. Normally, I wouldn't. The case or cases will be filed by the end of the month.

If you have any questions, please call me. I will send you a courtesy copy of the petition and schedules when they are filed.

Best regards,

Bill McLaughlin
William F. McLaughlin, Esq.
1305 Franklin Street, Suite 301
Oakland, CA 94612
Tel:        (510) 839-4456
Fax:       (510) 839-5833
Cell:       (415) 264-8943
email:    MCL551@aol.com



# EXHIBIT A

5/24/2011

**PROOF OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 27, 2011, I served the following documents on the parties to this action, addressed as follows, in the manner described below:

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**

XX   **MAIL**, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail to the business addresses set forth below, in a sealed envelope fully prepared.

___   **FACSIMILE** be causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

___   **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

___   **PERSONAL DELIVERY** by placing said document is a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

Hollis Glass, Inc.
Hollis Glass Company
The Hollis Equipment Family Ltd Partnership
2565 Scott Blvd.
Santa Clara, CA   95050

John Paul Hollis
2565 Scott Blvd.
Santa Clara, CA   95050

William F. McLaughlin, Esq.
1305 Franklin Street, Suite 301
Oakland, CA   94612

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 27th day of May, 2011, at San Francisco, California.

/S/
Julie Jellen

P:\CLIENTS\GLAPP\Cases - WL\Hollis Glass\Pleadings\CMC\Request for Continuance of CMC 052611.doc