IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HOLLIS GLASS, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 11-00966 CW<br><br>ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE |

   Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to Magistrate Judge James to be heard and considered at the convenience of her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 8/24/2011

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge

cc: Sue, MEJ