RICHARD C. JOHNSON (SBN 40881)
KIMBERLY A. HANCOCK (SBN 205567)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
khancock@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND; DOUGLAS CHRISTOPHER, Trustee; and JOHN MAGGIORE, Trustee,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>HOLLIS GLASS, INC., a California corporation; HOLLIS GLASS COMPANY, a general partnership; THE HOLLIS EQUIPMENT FAMILY LIMITED PARTNERSHIP, a California limited partnership; JOHN PAUL HOLLIS, individually, as partner of Hollis Glass Company and as general partner of The Hollis Equipment Family Limited Partnership; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No.: CV 11-0966 CW<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; ORDER THEREON |

TO THE COURT AND TO ALL INTERESTED PARTIES HEREIN:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Northern California Glaziers Pension Trust Fund, Douglas Christopher, Trustee, and John Maggiore, Trustee, hereby dismiss without prejudice the above-entitled action against Defendants Hollis Glass Company, a general partnership; The Hollis Equipment Family Limited Partnership, a California limited partnership; and John Paul Hollis, individually and as general partner of The Hollis Equipment Family Limited Partnership.

1  The Clerk's Default was entered in this matter on May 3, 2011 (Docket No. 10). Magistrate Judge James entered the Amended Report and Recommendations Re Motion for Default Judgment as to Defendant Hollis Glass, Inc., on October 17, 2011, (Docket No. 35), and entry of default judgment against Defendant Hollis Glass, Inc., only, pursuant to Magistrate James' Report and Recommendation, is pending before this Court.

Plaintiffs respectfully request that the Case Management Conference presently set in this matter for December 6, 2011 at 2:00 p.m. (Docket No. 23) be vacated and that the Complaint in the above-entitled action be dismissed without prejudice as to Defendants Hollis Glass Company, a general partnership; The Hollis Equipment Family Limited Partnership, a California limited partnership; and John Paul Hollis, individually and as general partner of The Hollis Equipment Family Limited Partnership.

Respectfully submitted,

Dated: November 22, 2011   SALTZMAN & JOHNSON LAW CORPORATION

_____/S/_____
By: Kimberly A. Hancock
Attorneys for Plaintiffs

IT IS HEREBY ORDERED that:

(1) The Complaint in the above-entitled action is dismissed without prejudice as to Defendants Hollis Glass Company, The Hollis Equipment Family Limited Partnership, and John Paul Hollis, individually and as general partner of The Hollis Equipment Family Limited Partnership, and

(2) The Case Management Conference set in this matter for December 6, 2011 at 2:00 p.m. is hereby vacated.

IT IS SO ORDERED.

Dated: 11/22/2011

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

- 2 -   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; ORDER THEREON
CASE NO. C 11-0966 CW

P:\CLIENTS\GLAWL\CASES\Hollis Glass\Pleadings\111511 Voluntary Dismissal.doc