RICHARD C. JOHNSON (SBN 40881)
KIMBERLY A. HANCOCK (SBN 205567)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
khancock@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND)

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND; DOUGLAS CHRISTOPHER, Trustee; and JOHN MAGGIORE, Trustee,<br><br>                Plaintiffs,<br>v.<br><br>HOLLIS GLASS, INC., a California corporation; HOLLIS GLASS COMPANY, a general partnership; THE HOLLIS EQUIPMENT FAMILY LIMITED PARTNERSHIP, a California limited partnership; JOHN PAUL HOLLIS, individually, as partner of Hollis Glass Company and as general partner of The Hollis Equipment Family Limited Partnership; and DOES 1-10,<br><br>                Defendants. | Case No.: CV 11-0966 CW<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; ORDER THEREON; REQUEST FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT HOLLIS GLASS, INC. |

TO THE COURT AND TO ALL INTERESTED PARTIES HEREIN:

PLEASE TAKE NOTICE that pursuant to Rule of Civil Procedure 41, Plaintiffs Northern California Glaziers Pension Trust Fund, Douglas Christopher, Trustee, and John Maggiore, Trustee, hereby dismiss without prejudice the above-entitled action against Defendant John Paul Hollis as partner of Hollis Glass Company.

-1-   NOTICE OF VOLUNTARY DISMISSAL;
REQUEST FOR ENTRY OF JUDGMENT
CASE NO. C 11-0966 CW

1    FURTHER, pursuant to the Court's Order Granting Plaintiffs' Motion for an Expedited Ruling, Docket No. 40, Denying Plaintiffs' Motion for Default Judgment, Docket No. 16, and Adopting Magistrate Judge's Amended Report and Recommendation Re Production of Documents, Docket No. 35, entered January 26, 2012 [*See* Docket No. 41, page 2, lines 24-27] Plaintiffs have now dismissed their claims against remaining Defendant John Paul Hollis as partner of Hollis Glass Company.  Accordingly, Plaintiffs respectfully request that the Court enter default judgment against Defendant Hollis Glass, Inc. pursuant to Magistrate Judge James' Amended Report and Recommendation Re: Plaintiffs' Motion For Default Judgment [Docket No. 35].

Respectfully submitted,

Dated: January 26, 2012         SALTZMAN & JOHNSON LAW CORPORATION

_____/S/_____
By:  Kimberly A. Hancock
Attorneys for Plaintiffs

IT IS HEREBY ORDERED that:

(1)    The Complaint in the above-entitled action is dismissed without prejudice as to Defendant John Paul Hollis as partner of Hollis Glass Company.

IT IS SO ORDERED.

Dated: 1/27/2012

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE