IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND; DOUGLAS CHRISTOPHER, Trustee; and JOHN MAGGIORE, Trustee,<br><br>    Plaintiffs,<br>  v.<br><br>HOLLIS GLASS, INC., a California corporation; HOLLIS GLASS COMPANY, a general partnership; THE HOLLIS EQUIPMENT FAMILY LIMITED PARTNERSHIP, a California limited partnership; JOHN PAUL HOLLIS, individually, as partner of Hollis Glass Company and as general partner of The Hollis Equipment Family Limited Partnership; and DOES 1-20,<br><br>    Defendants.<br>_____/ | No. C 11-00966 CW<br><br>ORDER GRANTING DEFAULT JUDGMENT, Docket Nos. 16 and 43, and ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION, Docket No. 35 |

    On January 26, 2012, the Court denied without prejudice Plaintiffs' motion for default judgment against Defendant Hollis Glass, Inc. because partial default judgment is disfavored. Subsequently, Plaintiffs filed a notice of voluntary dismissal of their claims against Defendant John Paul Hollis as a partner of Hollis Glass Company and renewed their request for default

judgment.  As a result of the dismissal, Hollis Glass, Inc. is now the sole remaining Defendant and Plaintiffs' request for default judgment will resolve all that remains in this action.  The time for objections to Plaintiffs' motion for default judgment has passed and none were filed.  Furthermore, the Court has reviewed Magistrate Judge James' Amended Report and Recommendation Re: Plaintiffs' Motion for Default Judgment and finds the Report correct, well-reasoned and thorough, and adopts its recommendation to grant default judgment against Hollis Glass, Inc.  Accordingly,

    IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED.  The Clerk shall enter judgment in accordance with this order.

    IT IS SO ORDERED.

Dated: 1/27/2012

CLAUDIA WILKEN
United States District Judge

2